RECEIVED
AUG 24 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:17-CR-00171-01 |
| VERSUS | JUDGE DRELL |
| DERRICK ANTHONY FELTON | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendant's Motion to Suppress (Doc. 118) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 23rd day of August, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT